# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW DAVID WETZEL

NO. 2024 KW 0575

**AUGUST 12, 2024**

---

In Re: Andrew David Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

BEFORE: **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The district court's June 3, 2024 ruling denying relator's "motion to amend and or correct sentence" is vacated. Pursuant to La. Code Crim. P. art. 916, after an order of appeal is entered, the trial court retains jurisdiction to correct an illegal sentence. Therefore, this matter is remanded to the district court to consider the merits of relator's "motion to amend and or correct sentence." See **State v. Sheridan,** 2011-1629 (La. 3/23/12), 84 So.3d 559, 560.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT